UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:23-09-KKC-MAS-4** |
| Plaintiff, | |
| v. | **ORDER** |
| **BARBIE VANHOOSE,** | |
| Defendant. | |

IT IS ORDERED that the Sentencing Hearing, currently scheduled for December 1, 2025, is CONTINUED to January 21, 2026 at 10:00 a.m. in Lexington, Kentucky.

This 13th day of November, 2025.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**