UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.  5:23-CR-9-KKC-4        At  Lexington        Date  January 21, 2026

USA vs Barbie Vanhoose        _X_ present  ___ custody  ___ bond  _X_ OR  Age ___

DOCKET ENTRY: The parties appeared for sentencing as noted. The Court OVERRULES the defendant's objections that require ruling. The Court adopts the factual findings and the advisory guideline applications that are set forth in the Presentence Report. There were no objections to the sentence as stated.

PRESENT:   HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Lauren Gootee | Sara Elizabeth Edwards |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft    Michael J. Curtis    _X_ present    ___ retained    _X_ appointed

PROCEEDINGS:  **SENTENCING** (Non-Evidentiary)

_X_   Objections to Presentence Report OVERRULED.

___   No objections to Presentence Report.

___   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

_X_   Court's Advice of Right to Appeal provided to defendant.

_X_   Transcript shall be deemed as written findings of Court.

_X_   Judgment shall be entered (See Judgment & Commitment.)

_X_   Defendant to remain on bond and on conditions of release previously imposed to self-report on or before 2:00 p.m. on March 17, 2026 at the facility designated by the Bureau of Prisons.

___   Defendant remanded to custody of the USM.

Copies: COR, USP, USM

Initials of Deputy Clerk    km
TIC:/24