UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| PLAINTIFF | ) | NOTICE OF FILING |
| | ) | AFFIDAVIT AND WAIVER |
| vs. | ) | OF RIGHT TO APPEAL |
| | ) | |
| | ) | Case No. 0643 5:23-CR-009-S-KKC-04 |
| BARBIE VANHOOSE | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

Comes now the undersigned and hereby submits to this Court an Affidavit and Waiver of Right to Appeal.

Respectfully submitted,

*/s/ Michael J. Curtis*
**MICHAEL J. CURTIS**
**Attorney for Defendant, Barbie Vanhoose**
2706 Louisa Street
Catlettsburg, KY 41129
606/739-0314
Fax 606/739-9125
curtislegal1@windstream.net
Mail: P.O. Box 1455
   Ashland, KY 41105

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Filing was electronically mailed, on the 3rd day of February, 2026, to:

Hon. Dermont William Lynch
Hon. Sarah Elizabeth Edwards
Hon. Ronald W. Chapman, III

Hon. Noah Robert Friend
Hon. Holly R. Iaccarino

*/s/ Michael J. Curtis*
**MICHAEL J. CURTIS**