| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | **DUE DATE:** |

*Please Read Instructions:*

| 1. NAME MICHAEL J. CURTIS | 2. PHONE NUMBER (606) 739-0314 | 3. DATE 4/27/2026 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL CURTISLEGAL1@WINDSTREAM.NET | 5. CITY CATLETTSBURG | 6. STATE KY | 7. ZIP CODE 41129 |

| 8. CASE NUMBER 5:23-CR-009-S-KKC-04 | 9. JUDGE KAREN K. CALDWELL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 1/21/2026 | 11. TO 1/21/2026 |
| 12. CASE NAME USA VS. BARBIE VANHOOSE | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY LEXINGTON | 14. STATE KY |

**15. ORDER FOR**

| | | |
|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| ☐ VOIR DIRE | | | ☐ TESTIMONY (Specify Witness) | | |
| ☐ OPENING STATEMENT (Plaintiff) | | | | | |
| ☐ OPENING STATEMENT (Defendant) | | | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | ☐ PRE-TRIAL PROCEEDING (Spcy) | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | | | |
| ☐ OPINION OF COURT | | | | | |
| ☐ JURY INSTRUCTIONS | | | ☐ OTHER (Specify) | | |
| ☒ SENTENCING | | 01/21/2026 | | | |
| ☐ BAIL HEARING | | | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE *[signature]* | PROCESSED BY | |
| 19. DATE 4/27/26 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(TOTAL CHARGES: 0.00, LESS DEPOSIT: 0.00, TOTAL DUE: 0.00)

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY