| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | DUE DATE: |

*Please Read Instructions:*

| 1. NAME MICHAEL J. CURTIS | 2. PHONE NUMBER (606) 739 0314 | 3. DATE 5/13/2026 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL CURTISLEGAL1@WINDSTREAM.NET | 5. CITY CATLETTSBURG | 6. STATE KY | 7. ZIP CODE 41129 |

| 8. CASE NUMBER 5:23 CR 009 S KKC 04 | 9. JUDGE KAREN K. CALDWELL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 1/21/2026 | 11. TO 1/21/2026 |
| 12. CASE NAME USA VS. BARBIE VANHOOSE | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY LEXINGTON | 14. STATE KY |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [x] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specify Witness) | | |
| [ ] OPENING STATEMENT (Plaintiff) | | | | | |
| [ ] OPENING STATEMENT (Defendant) | | | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | | [ ] PRE-TRIAL PROCEEDING (Spcy) | | |
| [ ] CLOSING ARGUMENT (Defendant) | | | | | |
| [ ] OPINION OF COURT | | | | | |
| [ ] JURY INSTRUCTIONS | | | [ ] OTHER (Specify) | | |
| [x] SENTENCING | | 01/21/2026 | | | |
| [ ] BAIL HEARING | | | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE *[signature]* | PROCESSED BY | |
| 19. DATE 5/13/26 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY