UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 23-09-KKC

UNITED STATES OF AMERICA PLAINTIFF

VS. GARNISHMENT DISPOSITION ORDER

BARBIE VANHOOSE DEFENDANT/JUDGMENT DEBTOR

AND

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM GARNISHEE

* * * * * * *

This matter having come before the Court upon the Motion of the United States for the entry hereof pursuant to 28 U.S.C. 3205(c)(7), and the Court having considered the Motion and being sufficiently advised; for cause shown it is ORDERED herein as follows:

That pursuant to the Writ of Garnishment issued by this Court against the defendant/judgment debtor, Barbie Vanhoose, the garnishee, Ohio Public Employees Retirement System, shall cause the funds of said defendant which it now holds, and which it shall hold in the future, to be made payable to the US District Court Clerk and delivered to the United States Clerk's Office at 101 Barr Street, Lexington, KY 40507-1357. Payments must include the Defendant’s Case Number 5:23cr09.

The United States shall make an accounting with regard to the garnished funds in accordance with 28 U.S.C. 3205(c)(9).

This 29th day of June, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**

Distribution: U.S. Attorney

Barbie Vanhoose
Address Redacted
DEFENDANT/JUDGMENT DEBTOR

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM
277 East Town Street
Columbus, OH 43215
Attn: Account Garnishments
GARNISHEE